**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN THE MATTER OF | IN PROCEEDINGS UNDER CHAPTER 13 |
| NANCY THUNHERST, | NO. 09-45697 |
| | JUDGE: Cox |
| DEBTOR | |

## NOTICE OF STATEMENT OF OUTSTANDING MORTGAGE OBLIGATION

As you know, our firm represents IBM Lender Business Process Services, Inc  in your Chapter 13 case number 09-45697.  In that capacity, we have been retained to collect a debt provided for by your Chapter 13 Plan.  As of 08/22/2011, the post-petition sums due and collectable are as follows:

| | | |
|---|---|---|
| 07/2011 – 08/2011 monthly payments at $872.07 each | = $ | 1,744.14 |
| 07/11  March 7, 2011 Default Order payments at $146.54 | | |
| TOTAL | = $ | 146.54 |
| | | 1,890.68 |