**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN THE MATTER OF | IN PROCEEDINGS UNDER CHAPTER 13 |
| NANCY THUNHERST, | NO. 09-45697 |
| | JUDGE: Cox |
| DEBTOR | |

**NOTICE OF STATEMENT OF OUTSTANDING MORTGAGE OBLIGATION**

As you know, our firm represents IBM Lender Business Process Services, Inc  in your Chapter 13 case number 09-45697.  In that capacity, we have been retained to collect a debt provided for by your Chapter 13 Plan.  As of 08/22/2011, the post-petition sums due and collectable are as follows:

| | | |
|---|---|---|
| 07/2011 – 08/2011 monthly payments at $872.07 each | = $ | 1,744.14 |
| 07/11  March 7, 2011 Default Order payments at $146.54 | | |
| TOTAL | = $ | 146.54 |
| | | 1,890.68 |

Respectfully submitted,

_____/s/  Todd J. Ruchman_____
Attorney for GMAC Mortgage, LLC

Richard B. Aronow ARDC# 03123969
Michael J. Kalkowski ARDC# 06185654
Josephine J. Miceli ARDC# 06243494
Christopher R. Murphy ARDC# 06302607
Todd J. Ruchman ARDC# 06271827
Fisher and Shapiro, LLC
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
(847)291-1717
Attorneys for Movant
09-032332


**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE**